Patric A. Lester (SBN 220092)
pl@lesterlaw.com
**Lester & Associates**
5694 Mission Center Road, #385
San Diego, CA 92108
Phone: (619) 665-3888
Fax: (314) 241-5777

Keith J. Keogh (SBN 6257811) (Pro Hac Vice)
keith@keoghlaw.com
**Keogh Law, Ltd.**
101 N. Wacker Drive, Suite 605
Chicago, IL 60606
Phone: (312) 726-1092
Fax: (312) 726-1093

*Attorneys for Plaintiff*

Albert R. Limberg (SBN 211110)
alimberg@sessions-law.biz
Kenneth C. Grace (*Pro Hac Vice*)
kgrace@sesssions-law.biz
James K. Schultz (*Pro Hac Vice*)
jschultz@sessions-law.biz
**Sessions, Fishman, Nathan & Israel, LLC**
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Phone: (619) 758-1891
Fax: (619) 296-2013

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW HILL, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS .,<br><br>Defendant. | Case No. 3:12-cv-02582-AJB-BLM<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

## JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE

Plaintiff Drew Hill and Defendant NCO Financial Systems Inc. ("NCO"), by their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, hereby (all jointly hereinafter referred to as "the Parties") move to dismiss the above entitled action with prejudice in its entirety on the following terms:

    1.    Plaintiff's claims against NCO are dismissed, with prejudice, with each party to bear its own costs and attorneys' fees, waiving all rights of appeal.

    2.    The putative class claims are dismissed without prejudice, and without costs or notice.

Dated July 11, 2013

    Lester & Associates
By   /s/ Patric A. Lester
Patric A. Lester
Attorney for Plaintiff
pl@lesterlaw.com

    Keogh Law, Ltd.
By   /s/ Keith J. Keogh
Keith J. Keogh
Attorney for Plaintiff
keith@keoghlaw.com

    Sessions, Fishman, Nathan & Israel, LLP
By   /s/ Albert R. Limberg
Albert Limberg, Esq.
Attorney for Defendant,
alimberg@sessions-law.biz

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Albert R. Limberg, counsel for Defendant, and that I have obtained Albert R. Limberg's authorization to affix his/her electronic signature to this document.

Dated July 11, 2013

/s/ Patric A. Lester
Patric A. Lester
Attorney for Plaintiff
pl@lesterlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Southern District of California, this July 11, 2013, with notice of case activity generated and sent electronically to all counsel of record.

/s/ Patric A. Lester
Patric A. Lester
Attorney for Plaintiff
pl@lesterlaw.com