UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW HILL, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>                Defendants. | Civil No.12cv2582 AJB (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>(Doc. No. 29) |

     On July 11, 2013, Plaintiff Drew Hill and Defendant NCO Financial Systems, Inc. filed a Joint Motion for Dismissal, seeking the following: (1) Plaintiff's claims against Defendant be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees, waiving all rights of appeal; and (2) the putative class claims be dismissed without prejudice, and without costs or notice. Having reviewed the motion, the Court GRANTS the Joint Motion for Dismissal.

     IT IS SO ORDERED.

DATED: July 12, 2013

                                                                     _____
                                                                       Hon. Anthony J. Battaglia
                                                                       U.S. District Judge